IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
CORPUS CHRISTI DIVISION

| | | |
|---|---|---|
| MARIA GONZALES | § | |
| | § | |
| VS. | § | CASE NO: 22-cv-00276 |
| | § | |
| ZURIEL JAVIER RAMIREZ | § | |

## PLAINTIFF'S ORIGINAL COMPLAINT

**NOW COMES MARIA GONZALES** ("Maria"), Plaintiff, and files this Original Complaint complaining of **ZURIEL JAVIER RAMIREZ,** ("Defendant") and in support will show:

1. **Parties:**

   1.1. Plaintiff, Maria Gonzales, is an individual residing in San Antonio, Bexar County, Texas.

   1.2. Defendant, Zuriel Javier Ramirez is an individual residing and who may be served personally at 2555 Artic Ave., San Jose, California, 95111, or at 1455 Santa Paula Ave., San Jose, California 95110. A form of summons is filed herewith for issuance and service by the Plaintiff by private process.

2. **Jurisdiction**:

   2.1. The United States District Court has subject matter jurisdiction over this case pursuant to 28 U.S.C. 157(b)(5).

   2.2. On October 3, 2022, an order was entered in Case no. 22-50046-MEH, Chapter 13 proceeding, *In Re Zuriel Javier Ramirez,* Debtor, pending in the United States Bankruptcy Court for the Northern District of California, Hon. Elaine Hammond, granting relief from the automatic stay imposed by Fed. R. Bankr. P 4001(a)(3) and permitting Plaintiff to file this suit.

2.3. This Court has personal jurisdiction over the Defendant as he committed a tort in the State of Texas.

3. **Venue**: Venue is proper in the United States District Court for the Southern District of Texas, Corpus Christi Division, as all or a substantial portion of the acts, events and omission giving rise to this suit occurred in whole or in part in Corpus Christi, Nueces County, Texas.

4. **Summary of Facts:**

    4.1. Plaintiff was born on August 2, 1980.

    4.2. The Defendant is Plaintiff's uncle.

    4.3. In late August and early September 1995, when she was barely 15 years of age Maria's uncle, the Defendant, traveled from California, his state of residence, to Texas to visit his family on the occasion of the birth of Maria's sister's birth on September 5, 1995.

    4.4. In late August and/or early September 1995, while Defendant was in Texas, he raped Maria three times in Nueces County and in Val Verde County, Texas.

    4.5. Defendant's conduct constitutes criminal conduct in violation of the provisions of §§22.011(a)(2), Tex. Pen. Code (sexual assault of a child); 22.021(a)(1)(b), Tex. Pen. Code (aggravated sexual assault of a child), 21.02, Tex. Pen. Code (continuous sexual abuse of young child or disabled individual), and/or 21.11, Tex. Pen. Code (indecency with a child).

    4.6. As a proximate result, Maria suffered intense personal, physical and emotional pain and mental anguish and suffering, and has sustained general and special damages.

    4.7. Maria sues to recover her damages in excess of the minimum jurisdictional limits of the District Courts in and for the State of Texas, and for exemplary damages.

5. **Assault and Battery.**

    5.1. The foregoing establishes that the Defendant committed assault and battery by intentionally forcing her while a minor to engage in a sexual act that included penetration of her sexual organ with the sexual organ of the Defendant.

    5.2. Maria has sustained physical and emotional pain and suffering and general damages which she is entitled to recover from the Defendant.

6. **Exemplary Damages**.

    6.1. The Defendant's conduct was intentional and constitutes "malice" as defined at §41.001(7), Tex. Civ. Prac. & Rem. Code.

    6.2. As a result, pursuant to §41.003, Tex. Civ. Prac. & Rem. Code, Maria is entitled to the recovery of exemplary damages.

    6.3. Because the conduct of the Defendant is a violation of §§22.011(a)(2), Tex. Pen. Code (sexual assault of a child); 22.021(a)(1)(b), Tex. Pen. Code (aggravated sexual assault of a child), 21.02, Tex. Pen. Code (continuous sexual abuse of young child or disabled individual), and/or 21.11, Tex. Pen. Code (indecency with a child), Maria is entitled to recovery exemplary damages limited only by the imagination of the jury and unlimited by the provisions of §41.008(a), Tex. Civ. Prac. & Rem. Code, as provided by §41.008(c)(5)(6)(7) & (16), Tex. Civ. Prac. & Rem. Code.

    6.4. Maria sues for unlimited exemplary damages within the discretion of the jury.

7. **Limitations:**

    7.1. This suit is not barred by limitations by operation of both §§ 16.063, "Temporary Absence From State," and 16.0045, "Limitations Period for Claims Arising from Certain Offenses.

    7.2. For purposes of limitations, periods of time during which Defendant was absent from the State of Texas suspend the running of limitations.

7.3. Additionally, the statute of limitations on this cause of action is 30 years if the injury arises from conduct that violates §§22.011(a)(2), Tex. Pen. Code (sexual assault of a child); 22.021(a)(1)(b), Tex. Pen. Code (aggravated sexual assault of a child), 21.02, Tex. Pen. Code (continuous sexual abuse of young child or disabled individual), and/or 21.11, Tex. Pen. Code (indecency with a child).

7.4. Each and every one of the offenses committed by the Defendant against Maria falls within this category.

8. **Jury Demand:** Plaintiff demands a jury and tenders the jury fee herewith.

## PRAYER

**WHEREFORE, PREMISES CONSIDERED**, Plaintiff, Maria Gonzales, prays that Defendant be cited and commanded to answer, that this cause be set for a jury trial, that she have judgment against Defendant for her actual damages, for unlimited exemplary damages, for pre-judgment interest on the sums described above, for costs of court, for post-judgment interest on the entire amount of the judgment, and for all other and further relief, general, special, legal or equitable, to which she may be shown entitled to receive.

Respectfully submitted,

**CARL J. KOLB, P.C.**
501 Congress
Ste. 150
PO Box 309
Austin, TX  78767
Telephone:  737-227-5573

926 Chulie Dr.
San Antonio, Texas 78216
Telephone:  210/225-6666
Telecopier:  210/225-2300
Email for all Rule 21a service:
service@carlkolblaw.com

By: */s/ Carl J. Kolb*
Carl J. Kolb
State Bar Number 11660480
S.D. Admission No. 29157